UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re | Case No.: 16-55373 |
| Landon Lee Snook | Judge PRESTON |
| Heather Ann Snook | **Chapter 7** |

**MOTION FOR RELIEF FROM STAY OF PROPERTY KNOWN AS A 2008 JEEP LIBERTY, VIN: 1J8GN28K58W232550**

Now comes Jersey Motor Sports, LLC, ("Movant") and, through counsel, moves pursuant to 11 U.S.C. Section 362 for an Order terminating the automatic stay with respect to certain property owned by the Debtors in which Movant has a security interest. In support of this Motion, Movant states as follows:

1. On August 18, 2016, Landon L Snook, ("Debtor"), filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. Prior to the filing of the petition, Movant was granted a security interest in certain property owned by the Debtor. The Lien is in the property known as a 2008 JEEP LIBERTY, VIN: 1J8GN28K58W232550, ("Property"). (Exhibit A, Title, Bill of Sale, Payment Schedule).

3. The property holds a current value of $6,375.00 per the NADA Official Used Car Guide. (Exhibit B).

4. The Lien is the first lien in the Property. Upon information and belief, there are no other lien holders with respect to the Property.

5. Since the filing of the petition, payments have not been made to Movant in accordance with the Note secured by the Lien. The Debtors have not made any payments due for the months of August, September, and October, 2016.

6. As of the filing of this Motion, the Debtors are indebted to Movant in the amount of $5,059.27, as of August 15, 2016 plus interest at 10.00%, late fees, expenses and other charges. Movant's worksheet is attached, Exhibit C.

7. Movant contends that the obligations owed to Movant are greater than the value of the collateral securing the obligation and that the estate has no interest in the property, accordingly, that the Debtors have no equity in the Property in which Movant has a security interest.[1]

**THEREFORE,** Movant, requests that this Court terminate the automatic stay and enable Movant to enforce its state law remedies with respect to the property known as a 2008 JEEP LIBERTY, VIN: 1J8GN28K58W232550.

Respectfully submitted,
/s/ Ric Daniell
Ric Daniell  0032072
Attorney for Jersey Motor Sports, LLC
1660 NW Professional Plaza #A
Col., OH 43220
(614) 459 2001
ricdaniell@hotmail.com

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(c)

PLEASE TAKE NOTICE THAT any responsive pleading filing to or memorandum in connection with Movant's Motion for Relief From Stay filed on the 21th of October, 2016, shall be filed within twenty-one (21) days from the service of such motion unless otherwise ordered by the Court. Failure to file a response and accompanying memorandum on a timely basis may be cause for the Court to grant the Motion as filed without further notice. Any response to the Motion shall state with particularity the reasons that the Motion is opposed and, if appropriate, make a specific offer of adequate protection.

### CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2016, a copy of the foregoing Trustee Abandonment was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Mark Albert Herder    Markalbertherder@yahoo.com, markalbertherder@gmail.com
- Frederick L Ransier    flransier@vorys.com, oh14@ecfcbis.com

and on the following by **ordinary U.S. Mail**, addressed to:

---

[1] Trustee's report on docket, dated 09/27/2016. "Meeting of Creditors Held and Chapter 7 Trustee's Report of No Distribution: I, Frederick L Ransier, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law."

Landon Lee Snook
Heather Ann Snook
12314 Brownsville Road
Glenford OH 43739

/s/ Ric Daniell
Ric Daniell  0032072
Attorney for Jersey Motor Sports, LLC
1660 NW Professional Plaza #A
Col., OH 43220
(614) 459 2001
ricdaniell@hotmail.com